# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SoClean, Inc. | Case No.: 20-cv-06288 |
| v. | Judge: Hon. John Robert Blakey |
| Does 1-861, As Identified in Exhibit 1 | Magistrate: Hon. M. David Weisman |

## VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff, SoClean,Inc.., hereby notifies this Court that the Plaintiff voluntarily dismisses **without prejudice** any and all claims against the following defendants:

| Doe # | Store Name |
|---|---|
| 15 | DLM |
| 17 | Easy Clean Filter |
| 19 | Eimiry |
| 20 | Elovme |
| 21 | EnduriMed |
| 23 | FJPAIPP |
| 26 | Global Fast Delivery 2020 |
| 27 | Goldenleaf |
| 30 | Gutupet |
| 31 | H.S. |
| 33 | HealPure |
| 34 | Health-Club |
| 35 | herbert nlson |
| 36 | HGPMGSDG |
| 37 | Hmazy |
| 38 | HN Direct |
| 40 | home_improve |

| | |
|---|---|
| 43 | IBEET |
| 44 | iBune |
| 46 | ItALL |
| 47 | iTao |
| 50 | Jiendaimen |
| 57 | LLQ |
| 58 | Lomsarsh |
| 59 | Longevity Turtle |
| 60 | Lpentech |
| 61 | MARS WELLNESS |
| 62 | McKain |
| 64 | MOYEAH |
| 66 | Okcoin |
| 68 | Profoam |
| 69 | PUROSUR |
| 70 | Redape |
| 75 | S SMILEFIL |
| 77 | S-Clean |
| 79 | serene freestyle |
| 80 | SHIJING |
| 81 | Shumo |
| 84 | SnorDoc |
| 85 | Snorepin |
| 86 | Soniker |
| 91 | SUPTEMPO |
| 96 | Tiscen |
| 102 | Vaorwne |
| 107 | Wytino |
| 109 | Yatuela |
| 111 | YHXK |
| 112 | Yinhing |
| 113 | _oliver135mb's booth |
| 114 | BZaar World |
| 115 | HNG Store |

| | |
|---|---|
| 116 | Karens Surplus's booth |
| 117 | LeonidK13's booth |
| 118 | Lovehavingfaith's booth |
| 119 | mike3795's booth |
| 120 | Stick Farmer Val booth |
| 122 | *no-sales-tax* |
| 126 | 0nlinedailydeals |
| 141 | adinbar2012 |
| 225 | daniel-dealz |
| 228 | dastack_78 |
| 238 | dj_kurve_17 |
| 261 | enjoyxun12 |
| 264 | esraa_90 |
| 277 | friendlychinese |
| 296 | goodstoreus* |
| 309 | har274110 |
| 323 | hoquanstore |
| 323 | hoquanstore |
| 332 | inspirationmedical |
| 343 | jeel18 |
| 405 | loalc-17 |
| 417 | lzaquatica |
| 560 | swimnomer86 |
| 564 | tamwh_6621 |
| 640 | Alacia05 |
| 641 | arwood09 |
| 642 | AshleyAZ2000 |
| 643 | Best Deal Prices |
| 644 | Cguzman2000 |
| 645 | Cheng Christy |
| 646 | Citrine |
| 647 | Cloudy117 |
| 648 | David Petersohn |
| 649 | Deals R Us |

| | |
|---|---|
| 650 | Deals R Us |
| 651 | Emi Estrada |
| 652 | Greg Blalock |
| 653 | Jennifer Webster |
| 654 | Jennifer Webster |
| 655 | JennyRN |
| 655 | One Sale A Day |
| 656 | One Sale A Day |
| 657 | Sanitizer Man |
| 658 | Sanitizer Man |
| 659 | tico |
| 660 | CPAPhero |
| 661 | DEBRA MCPHERSON, LLC |
| 662 | EDI |
| 663 | Ejoyous |
| 664 | Essential Values |
| 665 | Joybuy |
| 666 | Joybuy Express |
| 667 | Platinum Seller |
| 668 | Simply Medical |
| 669 | Summer Cpap |
| 670 | Super Med Supply |
| 671 | UNWIND & UNKNOT, LLC |
| 758 | lelianyammz |

Dated: December 10, 2020

Respectfully submitted,

By: /s/ Kevin Keener

Kevin J. Keener
ARDC #6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 523-2164
kevin.keener@keenerlegal.com

4